IN THE UNITED STATES DISTRICT COURT FOR THE
                      NORTHERN DISTRICT OF TEXAS
                          FORT WORTH DIVISION

UNITED STATES OF AMERICA      §
                              §
VS.                           §    CRIMINAL NO. 4:08-CR-058-Y
                              §
LARRY WOOD      (1)           §

                         **ORDER ACCEPTING**
              **REPORT AND RECOMMENDATION OF THE**
                **UNITED STATES MAGISTRATE JUDGE**
                **AND ADJUDGING DEFENDANT GUILTY**

    After reviewing all relevant matters of record, including the Consent to Administration of Guilty Plea and Federal Rule of Criminal Procedure 11 Allocution by United States Magistrate Judge and the Report and Recommendation on Plea Before the United States Magistrate Judge, and no objections thereto having been filed within ten (10) days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge concludes that the report and recommendation of the magistrate judge on the plea of guilty is correct, and it is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty, and defendant is hereby adjudged guilty. The sentence will be imposed in accordance with the Court's sentencing scheduling order.

    SIGNED June 25, 2008.

                                    _____
                                    TERRY R. MEANS
                                    UNITED STATES DISTRICT JUDGE